In the Matter of the Arbitration Between DELMA ENGINEERING CORPORATION, Respondent, and JOHN A. JOHNSON CONTRACTING CORPORATION, Appellant.

Argued May 17, 1944; decided June 8, 1944.

*Emanuel Harris* and *Max E. Greenberg* for appellant.
*Irwin J. Sikawitt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DES-
MOND and THACHER, JJ. Taking no part: RIPPEY, J.